PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NISREEN A. ELEYAN,<br><br>                Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, ET AL.,<br><br>                Defendants. | CASE NO. 2:23-CV-02299-WBS-DMC<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

      The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's application for naturalization, which Plaintiffs filed in March 2020. U.S. Citizenship and Immigration Services ("USCIS") anticipates that it will schedule an interview on Plaintiffs' application shortly and then complete the adjudication. The parties expect that these actions will render this lawsuit moot.

///

///

///

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is March 11, 2024.  The parties further request that all other filing deadlines be similarly extended, and that the initial scheduling conference, currently scheduled for February 12, 2024, be vacated and reset.

Respectfully submitted,

Dated:  November 24, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ CURTIS MORRISON
CURTIS MORRISON
Counsel for Plaintiff

ORDER

IT IS SO ORDERED:

The new date for Defendants to file an answer or other dispositive pleading is extended to March 11, 2024.  The Scheduling Conference, currently scheduled for February 12, 2024 is continued to May 20, 2024 at 1:30 p.m.  A joint status report shall be filed no later than May 6, 2024 in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed October 12, 2023 (Docket No. 3).

Dated:  November 27, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE